JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jansport Apparel Corp., | Case No. 21-cv-09828-MWF(AFMx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Bravo Wholesale Inc., d/b/a Bravo Wholesale, | Complaint Filed: August 10, 2021<br>Trial Date:  February 13, 2024 |
| Defendant. | |

The Court, having considered the Parties' Stipulation of Dismissal, hereby dismisses the entire action, with prejudice.  Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**

Date: July 7, 2023

_____
Michael W. Fitzgerald
United States District Judge